UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHELE BERGERON,

                                   Plaintiff,          **ORDER OF DISMISSAL**
        -against-                                      Fed. R. Civ. P. 41(a)(2)

HARRY BUFFARDI, GORDON POLLARD,                        Docket No. 06-CV-1557(LEK/DRH)
RICHARD VORE, THE COUNTY OF
SCHENECTADY, WILLIAM FENNELL,                          U.S. DISTRICT COURT
ROBERT HAMILTON, MARK CHAIRES,                               N.D. OF N.Y.
MICHAEL GERACI, and THE CITY OF                                FILED
SCHENECTADY,
                                                            JAN    3 2008
                                   Defendants.
                                                      LAWRENCE K. BAERMAN, CLERK
                                                                 ALBANY

        The Plaintiff and City of Schenectady Defendants (to wit: William Fennell,
Robert Hamilton, Mark Chaires, Michael Geraci and the City of Schenectady), having
executed and filed a stipulation consenting to the dismissal of this action as against the
City Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having jointly moved,
pursuant to that stipulation, for an order of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)
by reason of the settlement of the action as between the stipulating parties;  it is therefore

        ORDERED: that the action against the City Defendants (William Fennell, Robert
Hamilton, Mark Chaires, Michael Geraci and the City of Schenectady) is dismissed
without prejudice, and it is further

        ORDERED: that all parties shall bear their own respective cost and attorney fees.

Dated: _____, 2008          _____
                                       HON. LAWRENCE E. KAHN
                                       U.S. District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHELE BERGERON,

                         Plaintiff,                 **STIPULATION OF DISMISSAL**

     -against-                           Fed. R. Civ. P. 41(a)(1)(ii)

HARRY BUFFARDI, GORDON POLLARD,     Docket No. 06-CV-1557(LEK/DRH)
RICHARD VORE, THE COUNTY OF
SCHENECTADY, WILLIAM FENNELL,
ROBERT HAMILTON, MARK CHAIRES,
MICHAEL GERACI, and THE CITY OF
SCHENECTADY,

                        Defendants.

---

     IT IS HEREBY STIPULATED AND AGREED, by the undersigned, counsel for

the plaintiff and counsel all City of Schenectady Defendants (to wit: William Fennell,

Robert Hamilton, Mark Chaires, Michael Geraci and the City of Schenectady), all of

whom have appeared in the action, and none of whom is an infant or incompetent person,

that all claims asserted by the plaintiff against the City of Schenectady, its agents,

servants, officers, employees and representatives, including but not limited to William

Fennell, Robert Hamilton, Mark Chaires, Michael Geraci shall be dismissed, based upon

the settlement of such claims by the plaintiff with the City defendants, with each of the

stipulating parties bearing their own respective costs and attorney fees, and the

undersigned jointly move that the Court enter an order pursuant to Fed. R. Civ. P.

41(a)(2) dismissing the action with prejudice.

Dated: December 12, 2007

                               _____

                               ELMER ROBERT KEACH, III, ESQ.
                               Fed. Bar Roll 601537
                               *Attorney for Plaintiff*

Dated: December 6,   2007

L. JOHN VAN NORDEN, ESQ.
CORPORATION COUNSEL
Fed. Bar Roll 102758
*Attorney for Defendants Geraci, Chaires,*
*And City of Schenectady*

Dated: December 18, 2007

GLEASON, DUNN, WALSH & O'SHEA
By:     Lisa F. Joslin, Esq.
Fed. Bar Roll 509264
*Attorney for Defendant Hamilton*

Dated: December 19,   2007

CARTER, CONBOY, BARDWELL,
MALONEY & LAIRD, P.C.
Fed. Bar Roll 102244
By:     Michael J. Murphy, Esq.
*Attorney for Defendant Fennell*